In the Matter of ROSE MATERA, Respondent, against PAUL L. ROSS et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Appellants.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to reverse on the ground that there was ample evidence before the commission to justify the action taken.

In the Matter of PARK EAST LAND CORP., Appellant, against MAURICE FINKELSTEIN et al., Constituting the Temporary City Housing Rent Commission of the City of New York, Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for the issuance of a certificate of eviction granted. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of BOWERY SAVINGS BANK, Respondent. ERNEST F. EIDLITZ et al., Copartners Doing Business under the Name of EIDLITZ, FRENCH, FINK & MARKLE, Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

BARDONS AND OLIVER, INC., Respondent, v. AMTORG TRADING CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 1056.]

UNITED STATES WALLBOARD MACHINERY COMPANY, Respondent, v. AMTORG TRADING CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 1056.]

ECCO HIGH FREQUENCY CORPORATION, Respondent, v. AMTORG TRADING CORPORATION, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 1056.]

ISAAC DWECK, Appellant, v. JACK DWECK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

In the Matter of LIPRA RESTAURANT CORP., Doing Business as ONYX CLUB, Petitioner, against JOHN F. O'CONNELL et al., Individually and Constituting the State Liquor Authority, Respondent.— Determination confirmed, with $50 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.; Glennon, J., dissents and votes to annul the determination.

GERTRUDE B. KARMINSKI, Respondent, v. VICTOR KARMINSKI, Appellant.— Order unanimously modified by reducing the alimony to $75 per week, and as so modified affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

GERTRUDE B. KARMINSKI, Respondent, v. VICTOR KARMINSKI, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

PHILIP A. LEDERER, Individually and Doing Business under the Name of Associated Brokerage Service, Respondent, v. LEONARD JACOBS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

WILLIAM H. KELLY, Appellant, v. EDWIN FADIMAN et al., Respondents.— Order unanimously reversed, with $20 costs and disbursements to the appellant,